## 10112

### STATE v. JOHNSON.

#### (97 S. E. 767.)

CRIMINAL LAW—APPEAL—FINDINGS OF FACT.—Findings of fact cannot be reviewed on appeal from conviction.

Before BOWMAN, J., Calhoun, Spring term, 1917. Affirmed.

Ed Johnson was convicted of crime, from an order refusing a motion for a new trial, upon the ground of discovered evidence, he appeals.

*Mr. A. W. Holman,* for appellant.

*Mr. Solicitor Ed C. Mann,* for State-respondent.

January 10, 1919.

The opinion of the Court was delivered by Mr. CHIEF JUSTICE GARY.

This is an appeal from an order refusing a motion for a new trial, on the ground of after-discovered evidence.

No question of law is involved, and the findings of fact are not reviewable by this Court.

Appeal dismissed.